**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Bluestone Innovations Texas, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| OSRAM GMBH; | )    CASE NO. 2-10CV-172 |
| OSRAM OPTO SEMICONDUCTOR GMBH | ) |
| & CO.; AND | ) |
| OSRAM SYLVANIA INC. | ) |
| | ) |
| Defendants. | ) |

**ORDER APPOINTING INTERNATIONAL PROCESS SERVER**

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED this _____ day of _____, 2010.

BY THE COURT:

_____
Honorable Charles Everingham IV
United States Magistrate Judge
United States District Court for the
    Eastern District of Texas
Federal Building
100 East Houston Street
Marshall, Texas 75670
UNITED STATES OF AMERICA
    Tel.: 903-935-2498
    Fax: 903-935-2295

**(SEAL OF THE COURT)**