**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Bluestone Innovations Texas, LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OSRAM GMBH; | ) CASE NO. 2-10CV-172 |
| OSRAM OPTO SEMICONDUCTOR GMBH & CO.; AND | ) ) |
| OSRAM SYLVANIA INC. | ) ) |
| Defendants. | ) |

## ORDER APPOINTING INTERNATIONAL PROCESS SERVER

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.