IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS TEXAS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OSRAM GMBH; <br> OSRAM OPTO SEMICONDUCTORS GMBH & CO.; and <br> OSRAM SYLVANIA, INC., <br><br> Defendants. | C.A. No. 2-10-CV-172 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants OSRAM GmbH, OSRAM Opto Semiconductors GmbH., and OSRAM Sylvania, Inc. hereby disclose that OSRAM Opto Semiconductors GmbH is a wholly owned subsidiary of OSRAM GmbH.  OSRAM Sylvania, Inc. and OSRAM GmbH are both wholly owned subsidiaries of Siemens AG, a publicly-traded company.

Dated:  June 7, 2011                              Respectfully submitted,

By:_____
Christopher G. Smith
Texas Bar No. 24061287
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  214.747.5070
Facsimile:  214.747.2091
email:  cgs@fr.com

**CERTIFICATE OF SERVICE**

I certify that this Corporate Disclosure Statement, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of June, 2011.

_____
Christopher G. Smith